# First Department, March, 1938.
## (March 4, 1938.)

Edward H. Ryan and New York & Staten Island Land Company, Appellants, v. Marie F. Driscoll, Individually, and as Executrix, etc., of Michael E. Driscoll, Deceased, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Harry Kannen and Others, Respondents, v. Gilbert W. Kahn and Oheka Corporation, Appellants.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements, with leave to the plaintiffs to serve an amended complaint within ten days after service of order, upon payment of the costs awarded to the defendants by the order appealed from. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents in so far as the first cause of action is upheld against the corporate defendant, and votes to modify by dismissing the said cause of action.

The People of the State of New York, on the Complaint of James Tuohey, Respondent, v. Harry K. Williamson, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Michael Tartaglia, Appellant, v. National Transportation Co., Inc., Respondent, Impleaded with Others, Defendants.— Judgment unanimously reversed, with costs, and the verdict reinstated. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Christine Kuhnen and Peter Kuhnen, Appellants, v. Consolidated Amusement Enterprise, Inc., Defendant, Impleaded with Turin Theatre Corporation, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan. JJ.

Frank Mutschinski, Appellant, v. Doubleday Doran Book Shops, Inc., and Others, Respondents, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.